THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
          *v.* WILLIAM J. EVANS, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued January 22, 1923; decided February 27, 1923.)

APPEAL from a judgment of the Kings County Court, rendered April 3, 1922, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Edward J. Reilly* for appellant.

*Charles J. Dodd, District Attorney (Henry J. Walsh* and *William F. X. Geoghan* of counsel), for respondent.

Judgment of conviction affirmed under the provisions of section 542 of the Code of Criminal Procedure; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN and CRANE, JJ. Absent: ANDREWS, J.